UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALCIDES CABRERA,

    Plaintiff,

v.                                               Case No. 3:13cv490/RV/CJK

DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    Plaintiff, a prisoner proceeding *pro se*, commenced this action on September 8, 2013, by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On February 14, 2014, the court ordered plaintiff to file an amended complaint (or a notice of voluntary dismissal) within thirty (30) days. (Doc. 15). Plaintiff was warned that failure to comply with the order would result in dismissal of this case. To date, plaintiff has not complied with the order, and has not responded to the court's March 27, 2014 order (doc. 17) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 22nd day of April, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).